UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

v.                                    09-cr-97-02-JL

<u>Trisha Gerard</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 173 ) filed by defendant is granted; Final Pretrial is rescheduled to May 25, 2010 at 10:00am; Trial is continued to the two-week period beginning 6/2/2010, 09:30.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date:  April 5, 2010

cc:  All counsel

U.S. Marshal
U.S. Probation