UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                        Criminal No. 09-cr-97-02-JL

<u>Trisha A. Gerard</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 197 ) filed by defendant is granted; Final Pretrial is rescheduled to 9/29/10 at 3:00pm; Trial is continued to the two-week period beginning 10/5/10, 09:30.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                  _/s/ Joe Laplante_____
                                                  Joseph N. Laplante
                                                  United States District Judge

Date:  August 27, 2010

cc:   Jennifer C. Davis, AUSA
       Stanley W. Norkunas, Esq.
       U.S. Marshal
       U.S. Probation